**Order filed, August 10, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00222-CR

———————

### CLARENCE HENRY MATHIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1072790

## ORDER

The reporter's record in this case was due **July 13, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mary Ann Rodriguez**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM